# United States Court of Appeals
## For the First Circuit

---

No. 06-1920

UNITED STATES OF AMERICA,

Appellee,

v.

KEITH MATERAS,

Defendant, Appellant.

---

**ERRATA SHEET**

The opinion of this Court issued on April 10, 2007, is amended as follows:

On page 4, line 5, "2005" should be replaced with "2004"

On page 14, line 13, "(1st. Cir.)" should be replaced with "(1st Cir. 2000)"